IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICKIE GREEN, ADC #117055                                                      PLAINTIFF

v.                           No. 1:17CV00032-JLH-JJV

TONI BRADLEY,
Warden, Grimes Unit; *et al.*                                                  DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition (Document #54) should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment (Document #50) is GRANTED IN PART and DENIED IN PART:

   A. The motion is GRANTED in part and plaintiff's official capacity claims against defendants are dismissed.

   B. The motion is DENIED with regard to plaintiff's personal capacity claims and defendants' request for qualified immunity.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 13th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE