# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RICKIE GREEN, ADC #117055                                                                  PLAINTIFF

v.                    No. 1:17CV00032 JLH-JJV

TONI BRADLEY, et al.                                                                    DEFENDANTS

## ORDER

On December 3, 2018, this case came before the Court for trial. Rickie Green appeared in person with his lawyer, Joshua C. Ashley. The defendants appeared in person and through their lawyers, Christine A. Cryer and Brittany Nicole Edwards. Before the trial began, Mr. Ashley announced that Rickie Green wished to nonsuit his case. The defendants requested that the dismissal be with prejudice. The Court explained to Mr. Green that if he dismissed the case on the morning of trial, that it would be over, and he would never be able to pursue this case again. Mr. Green informed the Court that, even so, he did not wish to go forward with the case.

Rickie Green's motion to dismiss this case is GRANTED. This case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of December, 2018.

                                                     _____
                                                     J. LEON HOLMES
                                                     UNITED STATES DISTRICT JUDGE